

(510) 906-4710
www.sjlawcorp.com

March 4, 2025

*VIA CERTIFIED MAIL*
*(WITH RETURN RECEIPT REQUESTED)*
<u>AND</u> *FIRST CLASS MAIL*

Mr. Robert B. Pamplin, Jr., CEO
Ross Island Sand & Gravel Co.
KF Jacobsen & Co.
14911 SE 82nd Drive
Clackamas, OR 97015

Mr. Robert B. Pamplin, Jr., Pres.        Mr. Robert B. Pamplin, Jr., Governor
R.B. Pamplin Corporation                 Pacific Northwest Aggregates, Inc.
400 Second Street                        5 Avery Boat Ramp Rd.
Lake Oswego, OR 97034                    Wishram, WA 98673

    **Re:**    ***Pension Plan for the Pension Trust Fund for Operating Engineers***
                ***Ross Island Sand & Gravel Co. Acceleration Notice***

Dear Mr. Pamplin:

    This office represents the Pension Plan for Pension Trust Fund for Operating Engineers ("Plan"). On February 28, 2025, the Plan assessed withdrawal liability in the amount of $1,907,106.00 against Ross Island Sand & Gravel Co ("Ross Island").

    Pursuant to ERISA §4219(c)(5)(b), PBGC § 4219.31(b)(2) and Section XII of the Plan's Withdrawal Liability Assessment Procedures (attached as Exhibit B to the Notice of Assessment), the Plan can accelerate the entire unpaid withdrawal liability in the event of a default. A default can occur upon any event which indicates a substantial likelihood that an employer will be unable to pay its withdrawal liability.

    In September of 2024, the Oregon Department of Environmental Quality filed a series of liens against four real properties owned by Ross Island. In addition, and per a September 13, 2024 U.S. Department of Labor press release, the underlying Complaint referenced therein, and which identifies Ross Island:

> The Plan's real estate holdings currently include rangeland, a vineyard, an island in a river once used for dredging, an office building and irrigated cropland. The department alleges some properties were not sold to the Plan at fair market value or were unsuitable for multiple uses without significant improvements. Other properties had attached liens, unpaid leases, unpaid property taxes, environmental liabilities or were sold in fractional interests, diminishing their value.

Mr. Robert B. Pamplin, Jr., CEO
Ross Island Sand & Gravel Co.
March 4, 2025
Page 2

Accordingly, the Plan hereby accelerates the entire unpaid withdrawal liability which is immediately due. We encourage you to pay the withdrawal liability *via* ACH as follows:

> Fremont Bank
> 39150 Fremont Blvd., Fremont, CA 94538
> Operating Engineers Pension Trust Fund Admin Checking / Concentration
> Routing # 1211-07882
> Account # 4917472

Alternatively, please make the check payable to the "Pension Plan for Pension Trust Fund for Operating Engineers" and immediately deliver it c/o Zenith American Solutions Greg Trento, 1141 Harbor Bay Parkway, Suite 100, Alameda, CA 94502.

If payment is not received, Ross Island will be held liable for the entire unpaid withdrawal liability and 10% interest plus the greater of 20% liquidated damages or 10% interest on the entire unpaid withdrawal liability as well as all attorneys' fees and costs incurred by the Pension Plan pursuant to ERISA §4301(b) and §502(g)(2).

Should you have any questions, please feel free to contact me.

Sincerely,

Shaamini A. Babu, Esq.

Enclosure(s)

cc   Sonya Brown
     Zenith American Solutions
     Julio Mateo, Jr., Esq.